

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDDIE ESTEP, | § | 08-19-00280-CR |
| Appellant, | § | Appeal from the 205th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20150D04089) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and remand the cause for new trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2022.

GINA M PALAFOX, Justice

Before Rodriguez, CJ., Palafox, and Alley, JJ